# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARC WILDER,**

    **Plaintiff,**

v.                                                                                 Case No: 6:19-cv-165-Orl-28GJK

**REDROCK TRAVEL GROUP LLC,
CARDIFF LEXINGTON CORPORATION,
JAY JAHID, FERNANDA JAHID and
ROLLAN ROBERTS II,**

    **Defendants.**

___

# ORDER

This case is before the Court on the Motion for Approval of Settlement *Solely* as to individual Defendants Jay Jahid and Fernanda Jahid (Doc. No. 63) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 67) recommending that the motion be granted in part and denied in part. Specifically, the Report recommends that certain language be stricken from the Settlement Agreement; that the motion otherwise be granted; and that Plaintiff's claims against Defendants Jay Jahid and Fernanda Jahid be dismissed with prejudice. Plaintiff has filed a Joint Notice of No Objection (Doc. 68) to the Report.

After review of the record in this matter, and noting the Joint Notice of No Objection, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 67) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Approval of Settlement *Solely* as to individual Defendants Jay Jahid and Fernanda Jahid (Doc. No. 63) is **GRANTED in part and DENIED in part**. The following language in paragraph 9 of the Settlement Agreement (Doc. 63-1) is **STRICKEN**: "This Agreement shall not be modified or amended except by written agreement signed by Wilder and the Jahids." With this modification to the Settlement Agreement, the motion is **GRANTED**.

3. Plaintiff's claims against Defendants Jay Jahid and Fernanda Jahid are **DISMISSED with prejudice**.

4. This case remains pending with regard to Plaintiff's claims against the other Defendants.

**DONE** and **ORDERED** in Orlando, Florida, on October 25, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties