UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARC WILDER,**

        **Plaintiff,**

**v.**                                           **Case No:   6:19-cv-165-Orl-28GJK**

**REDROCK TRAVEL GROUP, LLC,
CARDIFF LEXINGTON
CORPORATION, JAY JAHID,
FERNANDA JAHID, and ROLLAN
ROBERTS II,**

        **Defendants.**

---

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS', CARDIFF LEXINGTON CORPORATION AND ROLLAND ROBERTS II, RULE 12(B)(1) MOTION TO DISMISS COUNT II – CIVIL THEFT CLAIM OF PLAINTIFFS', MARC WILDER AND CHRISTINE TIBOLA'S AMENDED COMPLAINT (D.E. 7)(D.E. 7)** |
| | (Doc. No. 54) |
| **FILED:** | October 02, 2019 |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

On February 7, 2019, Plaintiff filed an Amended Complaint against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. for failure to pay minimum wage and for civil theft related to the failure to pay Plaintiff for three weeks worth of work, and failure to pay a commission due to Plaintiff.  Doc. No. 7 at 7, 8.  Plaintiff's civil theft claim

relates solely to the $4,000 commission Defendants failed to pay.  Doc. No. 7 at 10-11.  On October 2, 2019, Defendants Cardiff Lexington Corporation ("Cardiff") and Rollan Roberts II ("Roberts") filed a Motion to Dismiss Plaintiff's civil theft claim based on a lack of supplemental jurisdiction (the "Motion").  Doc. No. 54.  Cardiff and Roberts argue that the civil theft count does not arise out of a common nucleus of operative facts and that the civil theft claim substantially predominates.  Doc. No. 54 at 6.  On October 30, 2019, Plaintiff filed a Notice of Non-Objection.  Doc. No. 72.  Plaintiff states that he has no objection to the dismissal of Count II of his Amended Complaint without prejudice.  Doc. No. 72.

Accordingly, it is **RECOMMENDED** that the Motion (Doc. No. 54) be **GRANTED** and Count II of the Amended Complaint, Civil Theft, be **DISMISSED without prejudice.**

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1. **To expedite the resolution of this matter, if the parties have no objections to this report and recommendation, they may promptly file a joint notice of no objection**.

Recommended in Orlando, Florida, on November 4, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
District Judge
Counsel of Record
Unrepresented Parties