# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARC WILDER,**

        **Plaintiff,**

v.

        Case No: 6:19-cv-165-Orl-28GJK

**REDROCK TRAVEL GROUP LLC,
CARDIFF LEXINGTON CORPORATION,
JAY JAHID, FERNANDA JAHID and
ROLLAN ROBERTS, II,**

        **Defendants.**

# ORDER

This case is before the Court on the Motion to Dismiss for Lack of Jurisdiction Count II (Civil Theft) (Doc. No. 54) filed by Defendants. The assigned United States Magistrate Judge has submitted a Report (Doc. 75) recommending that the motion be granted. No objections have been filed. The Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss for Lack of Jurisdiction Count II (Civil Theft) (Doc. No. 54) is **GRANTED** and Count II (Civil Theft) of the Amended Complaint is **Dismissed without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida, on November 19, 2019.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record